# EXHIBIT 1

# Privileged

**From:** Linda M. Correia [mailto:lcorreia@WFCPLaw.com]
**Sent:** Friday, June 14, 2013 2:49 PM
**To:** Robinson, Stephen W.
**Cc:** Linda M. Correia
**Subject:** RE: Calobrisi

Steve -- Thank you. I believe my argument did go well.

I certainly agree with you that avoiding "launch[ing] into motions practice," if unfounded, is a good goal.

Yes. "Someone actually provided information" to Ms. Calobrisi that supports the statements in her complaint, along with other facts. We believe the statements in the complaint are legally proper to state Ms. Calobrisi's claims.

Linda


Linda M. Correia
WEBSTER, FREDRICKSON, CORREIA & PUTH, PLLC
1775 K Street, N.W., Suite 600
Washington, D.C.  20006
202.659.8510
202.659.4082 (fax)
www.wfcplaw.com


**From:** Robinson, Stephen W. [mailto:srobinson@mcguirewoods.com]
**Sent:** Friday, June 14, 2013 9:13 AM
**To:** Linda M. Correia
**Subject:** RE: Calobrisi

Thanks for getting back to me promptly, particularly given your schedule. I hope your argument went well.

I am not sure you have really addressed my concern. Obviously these two paragraphs have some critical allegations concerning jurisdiction, venue and choice of law. My concern is that there are no "facts," as I think are required about this alleged meeting, which I can assure you did not occur and have the content as you have alleged. What is the "information" upon which you base your "belief?" Has someone actually provided information that there was a meeting on that specific day at the Cosmos Club? What "information" do you have about the alleged (but incorrect) discussion that occurred? Unless you have some factual "information" to support these allegations, I think they are improper. Before we launch into motions practice on this issue, I wanted to make the record very clear that I have clearly provided an opportunity for you to provide the factual basis of these allegations.

1

I look forward to hearing from you.

Thx

---

**From:** Linda M. Correia [mailto:lcorreia@WFCPLaw.com]
**Sent:** Thursday, June 13, 2013 5:10 PM
**To:** Robinson, Stephen W.
**Cc:** Linda M. Correia
**Subject:** RE: Calobrisi

Steve -- We believe the statements based "upon information and belief" are appropriate because Ms. Calobrisi (obviously) was not present at the meetings. I'm not entirely sure what your concern is here, but I do not see a basis for your "presumption" that there are no facts to support those statements of fact.

I'm sorry not to have responded to you earlier, but I was in New York on Tuesday and Wednesday for an appellate argument and so have been catching up with everything that accumulated during that time.

Linda


Linda M. Correia
WEBSTER, FREDRICKSON, CORREIA & PUTH, PLLC
1775 K Street, N.W., Suite 600
Washington, D.C. 20006
202.659.8510
202.659.4082 (fax)
www.wfcplaw.com



---

**From:** Robinson, Stephen W. [mailto:srobinson@mcguirewoods.com]
**Sent:** Tuesday, June 11, 2013 5:40 PM
**To:** Linda M. Correia
**Subject:** Calobrisi

As I sure you expect, we are going to continue to represent BAH in this matter.

I am very concerned about the allegations in paragraphs 43 and 44 "upon information and belief," that certain significant events took place in Washington, DC at a meeting at the Cosmos Club. I am sure you have heard judges regard allegations "upon information and belief" in varying ways, but virtually all of my recent experience is the judges do not regard such allegations as anything more than "speculation and hope." I do not believe there is any factual basis to support the allegations in these two paragraphs, which are obviously central to several early procedural aspects of this case.

If you have any "facts" as defined recently by the Supreme Court, to support your allegations in these two paragraphs, I would ask you to please provide them by the COB this Thursday. Otherwise, I will presume you do not have any and proceed accordingly.

Thx and I look forward to working with you.

Stephen W. Robinson
McGuireWoods LLP
1750 Tysons Boulevard

Suite 1800
Tysons Corner, VA 22102-4215
703.712.5469 (Direct Line)
703.712.5258 (Fax)
srobinson@mcguirewoods.com
http://www.mcguirewoods.com

---

*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*